

_____
Honorable Mike K. Nakagawa
United States Bankruptcy Judge

Entered on Docket
January 09, 2017

**SHELLEY D. KROHN, TRUSTEE**
E-mail: Shelley@TrusteeKrohn.com
510 South 8th Street
Las Vegas, NV 89101
Telephone: (702) 421-2210
Facsimile: (702) 366-1939

<u>**UNITED STATES BANKRUPTCY COURT**</u>
<u>**DISTRICT OF NEVADA**</u>

| In Re: | Chapter 7 |
|---|---|
| JESUS J. REYES | Case No. 14-17610-MKN |
| PIEDAD E. REYES | **ORDER APPROVING TRUSTEE'S EX PARTE APPLICATION TO EMPLOY REAL ESTATE BROKER NUNC PRO TUNC ON A COMMISSION BASIS** |
| Debtor. | |

Based upon the ex parte application of Trustee, praying for authority to employ a real estate broker nunc pro tunc on a commission basis, and the Court is satisfied that NEVADA ASSET PRESERVATION & MANAGEMENT represents no interest adverse to the Debtor(s) or the bankruptcy estate and that its employment is necessary and would be in the best interest of the estate,

-1-

IT IS HEREBY ORDERED that the Trustee is authorized to retain NEVADA ASSET PRESERVATION & MANAGEMENT nunc pro tunc to January 3, 2017, as the real estate broker to secure, market and sell the Debtor's real property located at 2300 Silverado Ranch, Las Vegas, Nevada 89183, on no greater than 6% basis, and under the terms set forth in the Trustee's Motion and in the Listing Agreement attached to the Motion.

SUBMITTED BY:

*[signature]*
SHELLEY D. KRONN, TRUSTEE

APPROVED/DISAPPROVED:

/s/ *J. Michal Bloom, Esq.*
OFFICE OF THE US TRUSTEE

# # #

-2-