Honorable Mike K. Nakagawa
United States Bankruptcy Judge

Entered on Docket
March 16, 2017

---

Shelley D. Krohn, Trustee
510 South 8th Street
Las Vegas, NV 89101
(702) 421-2210, Fax (702) 366-1939
shelley@trusteekrohn.com
Chapter 7 Bankruptcy Trustee

## UNITED STATES BANKRUPTCY COURT
## DISTRICT OF NEVADA

In Re:

JESUS J. REYES and
PIEDAD E. REYES

Debtor(s).

Chapter 7
Case No. BKS-14-17610-MKN

**ORDER SHORTENING TIME ON TRUSTEE'S MOTION TO SELL NON-EXEMPT ASSETS FREE AND CLEAR OF LIENS AND ENCUMBRANCES**

Hearing Date:   March 22, 2017
Hearing Time:   2:30 p.m.

Upon Shelley D. Krohn, Trustee, filing the Motion for an Order Shortening Time on the Trustee's Motion to Sell Non-exempt Real Estate Free and Clear of Liens and Encumbrances, and for good cause appearing:

**IT IS HEREBY ORDERED** that the hearing date on said Motion shall be shortened. Said hearing will be held on ___22___ day of ___March___, 2017, at the hour of _2_:_30_ _p._ m. The Motion

1

1 | will be heard by a United State Bankruptcy Judge, United State Bankruptcy Court, in the Foley
2 | Federal Building, 300 Las Vegas Boulevard South, Third Floor, Las Vegas, Nevada, 89101.
3 | Submitted by:

_____
Shelley D. Krohn, Trustee
510 South 8th Street
Las Vegas, NV 89101

W:\Sdk\TRUSTEE\REYES, JESUS\OST.wpd

### #

2